# JOSEPH ABRUZZO
## CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER: 50-2022-CA-009847-XXXX-MB**
**CASE STYLE: ONEAL, KWAMAIN V VANDERLAAN, JOHN**

| Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

*The Social Security office does not accept electronic certified documents. Any certified copy needed for a name change or benefits with the Social Security office will need to be obtained by mail or in person from one of our office locations.

**Document Icons**

Document available. Click icon to view.
Add a certified copy of the document to your shopping cart.
Document is Viewable on Request (VOR). Click to request.
VOR document is being reviewed. Click to be notified when available.

**0**

Public =     VOR =     In Process =     Page Size: All

| Docket Number | Effective Date | Description | Notes |
|---|---|---|---|
| 2 | 10/05/2022 | CIVIL COVER SHEET | |
| 3 | 10/05/2022 | COMPLAINT | F/B PLT |
| 1 | 10/11/2022 | DIVISION ASSIGNMENT | AD: Circuit Civil Central - AD (Civil) |
| 4 | 10/11/2022 | PAID $401.00 ON RECEIPT 4640121 | $401.00 4640121 Fully Paid |
| 5 | 01/06/2023 | NOTICE OF UNAVAILABILITY | NOTICE OF UNAVAILABILITY |
| 6 | 02/01/2023 | SUMMONS ISSUED | ZEDRICK@THEBARBERFIRM.US;ZEDRICKBARBERII@GMAIL.COM AS TO DFT JOHN VANDERLAAN |
| 7 | 02/01/2023 | SUMMONS ISSUED | ZEDRICK@THEBARBERFIRM.US;ZEDRICKBARBERII@GMAIL.COM AS TO DFT CITY OF RIVIERA BEACH |
| 8 | 02/01/2023 | PAID $20.00 ON RECEIPT 4763977 | $20.00 4763977 Fully Paid |
| 9 | 02/06/2023 | MOTION FOR EXTENSION OF TIME | AND MOTION TO COMPEL F/B PLT |
| 10 | 02/21/2023 | NOTICE OF HEARING | NOTICE OF HEARING 02/23/2023 09:00:00 AM |
| 12 | 02/23/2023 | ANSWER & AFFIRMATIVE DEFENSES | AND DEMAND FOR JURY TRIAL OF DEFENDANT CITY OF RIVIERA BEACH F/B DFT, CITY OF RIVIERA BEACH |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 13 | 02/23/2023 | NOTICE OF APPEARANCE CIVIL | F/B JOANNE I NACHIO ESQ OBO DFT, CITY OF RIVIERA BEACH |
| 📄 | 🛒 | 11 | 02/24/2023 | ANSWER & AFFIRMATIVE DEFENSES | AMENDED AND DEMAND FOR JURY TRIAL OF DFT F/B DFT CITY OF RIVIERA BEACH |
| 📄 | 🛒 | 14 | 02/24/2023 | ORDER GRANTING J GOODMAN DTD 2/23/23 GRANTING AMENDED MOTION FOR EXTENSION OF TIME | J GOODMAN DTD 2/23/23 GRANTING AMENDED MOTION FOR EXTENSION OF TIME |

517-f64ea20f-51ae-4a29-8f8e-11492cad1ce4