

# JOSEPH ABRUZZO

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

# RECEIPT
4640121

Printed On:
10/11/2022 09:33
Page 1 of 1

| Receipt Number: 4640121 - Date 10/11/2022  Time 9:33AM | | | |
|---|---|---|---|
| **Received of:** | Zedrick Barber II<br>3262 MIRELLA DR<br>RIVIERA BEACH, FL 33404 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 401.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 401.00 |
| **Receipt ID:** | 11005202 | **Remaining Balance:** | 0.00 |
| **Division:** | AD: Circuit Civil Central - AD(Civil) | | |
| **Case# 50-2022-CA-009847-XXXX-MB -- PLAINTIFF/PETITIONER: ONEAL, KWAMAIN** | | | |
| Item | Balance | Paid | Bal Remaining |
| Fees | 401.00 | 401.00 | 0.00 |
| **Case Total** | **401.00** | **401.00** | **0.00** |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFiling_CREDITCARD | ███████ | 401.00 |
| **Total Received** | | **401.00** |
| **Total Paid** | | **401.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.

**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

*NOT A CERTIFIED COPY*