IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 50-2022-CA-009847-XXXX-MB

KWAMAIN ONEAL,

    Plaintiff,

vs.

CITY OF RIVIERA BEACH AND JOHN VANDERLAAN

    Defendant(s),

_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel, Zedrick Barber II, Esq., hereby files this Notice of Unavailability and in support thereof states:

1. The undersigned will be on a prepaid vacation from Wednesday, March 1, 2023 through Monday March 6, 2023 and Friday, March 17, 2023 through Monday March 27, 2023.

**WHEREFORE**, the undersigned respectfully requests that no motions, hearings, depositions, or other proceedings in this action be scheduled within the above-referenced time frames.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail Service on January 3, 2023 to the attached Service List.

    Respectfully submitted,

    The Barber Firm, LLC

4440 PGA Blvd. Suite 600
Palm Beach Gardens, FL 33410
Zedrick@thebarberfirm.us
(561) 221-1708


By: /s/ Zedrick Barber II
Zedrick Barber, II, Esq.
Florida Bar No. 0110326

NOT A CERTIFIED COPY