

**JOSEPH ABRUZZO**

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
4763977

Printed On:
02/01/2023 03:09
Page 1 of 1

| Receipt Number: 4763977 - Date 02/01/2023  Time 3:09PM ||||
|---|---|---|---|
| **Received of:** | Zedrick Barber II<br>4440 PGA BLVD SUITE 600<br>PALM BEACH GARDENS, FL 33410 ||| 
| **Cashier Name:** | ADMIN | **Balance Owed:** | 20.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 20.00 |
| **Receipt ID:** | 11136751 | **Remaining Balance:** | 0.00 |
| **Division:** | AD: Circuit Civil Central - AD(Civil) |||
| **Case# 50-2022-CA-009847-XXXX-MB -- PLAINTIFF/PETITIONER: ONEAL, KWAMAIN** ||||
| Item | Balance | Paid | Bal Remaining |
| Fees | 20.00 | 20.00 | 0.00 |
| **Case Total** | **20.00** | **20.00** | **0.00** |

| Payments |||
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 6369477 | 20.00 |
| **Total Received** || **20.00** |
| **Total Paid** || **20.00** |



**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.