IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2022-CA-009847-XXXX-MB

KWAMAIN ONEAL,

        Plaintiff,

vs.

CITY OF RIVIERA BEACH AND JOHN VANDERLAAN

        Defendant(s),

_____/

## NOTICE OF HEARING

TO: Counsel As Indicated Below

**YOU ARE HEREBY NOTIFIED** that the undersigned has called up for hearing the following:

DATE:      February 23, 2023

TIME:      9:00 a.m.

JUDGE:     Honorable JAIMIE GOODMAN

PLACE:     Virtual ZOOM as instructed by the court

**SPECIFIC MATTERS TO BE HEARD:**

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail Service on February 16, 2023 to the attached Service List.

Respectfully submitted,

The Barber Firm, LLC
4440 PGA Blvd. Suite 600
Palm Beach Gardens, FL 33410
Zedrick@thebarberfirm.us
(561) 221-1708

By: /s/ Zedrick Barber II

Zedrick Barber, II, Esq.

Florida Bar No. 0110326

In accordance with the Americans with disabilities act of 1990 (ADA), disabled persons, who because of their disability, need special accommodations to participate in the proceeding, should contact the ADA Coordinator not less than 5 business days prior to the proceeding at (954) 831-6364

cc:  Judicial Assistant