|  |  |
|---|---|
| KWAMAIN ONEAL, | IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: 2022CA009847 |
| v. | |
| CITY OF RIVIERA BEACH AND JOHN VANDERLAAN, | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that undersigned counsel files this notice of appearance as counsel for Defendant, CITY OF RIVIERA BEACH, in the above styled matter. Undersigned counsel designates the following electronic mail addresses for service of court documents:

*Primary email:*     JINachio@mdwcg.com ; ACNash@mdwcg.com

*Secondary email:*   OODelgado@mdwcg.com ; JLHarris@mdwcg.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing has been provided via Florida's e-filing portal and/or electronic mail on February 23, 2023, to: Zedrick Barber, II, Esq. at The Barber Firm, LLC 4440 PGA Blvd. Suite 600, Palm Beach Gardens, FL 33410 [zedrick@thebarberfirm.us; zedrickbarberii@gmail.com].

**MARSHALL DENNEHEY**
*Attorneys for Defendant City of Riviera Beach*
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
Telephone:  954-847-4920
Facsimile:  954-627-6640


By: /s/ Joanne I. Nachio, Esq.
    Joanne I. Nachio, Esq.
    Florida Bar Number 113040