IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AD
CASE NO.: 50-2022-CA-009847-XXXX-MB

KWAMAIN ONEAL,
    Plaintiff,
vs.

CITY OF RIVIERA BEACH AND
JOHN VANDERLAAN,
    Defendant(s),
_____/

### ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME

THIS CAUSE, having come before this Court on Plaintiff Demetrius Cross' AMENDED MOTION FOR EXTENSION OF TIME and the Court being fully advised;

Plaintiff's Motion to extend is hereby granted in part; and

IT IS HEREBY ORDERED that Plaintiff shall have 60 additional days from the signing of this order, to serve the Summons and Complaint on the Defendant, JOHN VANDERLAAN. The court reserves ruling on the issue compelling Defendant, CITY OF RIVIERA BEACH to produce JOHN VANDERLAAN'S residence address, mailing address, date of birth and social security number.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida.

50-2022-CA-009847-XXXX-MB   02/23/2023
Jaimie R. Goodman
Circuit Judge

COPIES FURNISHIED via Judicial e-Service:
(to the registered email addresses of counsel/ parties of record)