UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80344-CIV-CANNON/Reinhart

**KWAMAIN ONEAL**,

    Plaintiff,

v.

**CITY OF RIVIERA BEACH** and
**JOHN VANDERLAAN**,

    Defendants.
_____/

### ORDER TO COMPLY

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On March 4, 2024, the Court entered an Order Scheduling Mediation for May 3, 2024 [ECF No. 47]. That Order required the parties to file a joint mediation report within five days of mediation [ECF No. 47]. To date, the parties have not filed a joint mediation report or requested additional time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that, on or before **May 14, 2024**, the parties shall file a joint mediation report as directed. Failure to comply with this Order may result in sanctions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of May 2024.

                                                      **AILEEN M. CANNON**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record